**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY E. HORN, | ) Case No.: 5:17-cv-02159-SHK |
| Plaintiff, | )<br>) {PROPOSED} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES |
| ANDREW M. SAUL, | ) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| Defendant | )<br>) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,144.76 as

authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 19, 2019

THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3      /s/ *Cyrus Safa*
   _____
4  Cyrus Safa
   Attorney for plaintiff Troy E. Horn
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26